IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| MOMNT TECHNOLOGIES, INC. | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No. 1:23-cv-02832-SCJ |
| | ) | |
| v. | ) | |
| | ) | |
| WASATCH MENS GROUP, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

**MOTION FOR DEFAULT JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 55, Plaintiff Momnt Technologies, Inc. ("Momnt"), moves for entry of default judgment against Defendant Wasatch Mens Group, LLC ("Wasatch"). In support of this Motion, Momnt shows as follows:

1. Wasatch was served with the Complaint and Summons on June 30, 2023. *See* ECF 4, Return of Service Executed.

2. Wasatch was required to file a responsive pleading by July 21, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Wasatch failed to file a responsive pleading by July 21, 2023.

4. Momnt moved for entry of a default by the Clerk against Wasatch on July 26, 2023.

5. The Clerk entered default against Wasatch on July 26, 2023.

6. The well-pleaded facts in the Complaint, which are admitted by Wasatch as a consequence of its default, show that Momnt is entitled to default judgment on its claims for breach of contract, conversion, attorney's fees and equitable relief.

7. Accordingly, Momnt respectfully requests that the Court grant a default judgment on liability against Wasatch and convene a hearing on Momnt's damages.

Momnt incorporates by reference the accompanying memorandum of law which cites supporting authority.

Respectfully submitted, this 6th day of September, 2023

**MORRIS, MANNING & MARTIN, LLP**

By: */s/ Eric A. Larson*
Jeffrey K. Douglass
Georgia Bar No. 227523
Eric A. Larson
Georgia Bar No. 800631

*Attorneys for Momnt Technologies, Inc.*

1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532
jkd@mmmlaw.com
elarson@mmmlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| MOMNT TECHNOLOGIES, INC. | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No. 1:23-cv-02832-SCJ |
| | ) | |
| v. | ) | |
| | ) | |
| WASATCH MENS GROUP, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day served a copy of the foregoing **MOTION FOR DEFAULT JUDGMENT**, by mailing a copy to the Defendant's registered agent for service of process, addressed as follows:

Wasatch Mens Group, LLC
c/o Main Street Registered Agent, Inc.
1883 West Royal Hunte Dr. Ste. 200
Cedar City, UT 84720

This 6th day of September, 2023.

*/s/ Eric A. Larson*
Eric A. Larson

Georgia Bar No. 800631