# EXHIBIT A

momnt

# Wasatch Medical Group Financial Exposure
# Executive Summary

**Purpose:**
Due to the abrupt closure of Wasatch clinic sites across 46 locations, Momnt received a significant influx of complaints regarding inability to finish treatment, non-performance of services after payment was sent to the merchants and notice of loan applications submitted to Momnt without the consumers' consent.

An investigation was performed on Wasatch Medical Group and associated companies with respect to exposure on complaints, as well as loans originated without complaints.

**Outcome:**
Prior to Momnt receiving the significant influx of complaints, Wasatch and its affiliated companies were terminated from Momnt's system effective 4/29/2023 due to failure to comply with the terms and conditions set forth in the Merchant Agreement.

Momnt performed investigations into the incoming complaints and on common PII (personal identifying information) where Wasatch employee information was found within the loan applications. The results of the investigations were sent to the legal and risk departments. The guidance given to consumers is that Momnt has opened a risk investigation into the Wasatch companies and the outcome is pending.

Momnt has filed a lawsuit against Wasatch for breach of contract.

**Complaint Exposure as of 8/9/2023:**
To determine the financial exposure as a direct result of Wasatch, all complaints were reviewed, as were loans originated with Cross River Bank to consumers that are unlikely to receive services paid for.

- 1,032 complaints received for all Lending Partners totaling $5.20M
- 654 loans originated with Cross River Bank that have not received a complaint totaling $3.27M

| Total Exposure: | |
|---|---|
| # All Complaints + CRB w/o Complaints | 1,686 |
| $ Outstanding Balance All Complaints + CRB w/o Complaints | $ 8,472,642.09 |

**Common PII Investigation:**
It was identified that 249 applications had 10 common phone numbers in Momnt's platform that accounted for:

- 88 loan approvals with 46 reporting active or suspended as of 7/31/2023.
- 45 out of the 46 (98%) loans have a 24 month no interest and no payments loan product offering.
- 28 out of the 46 (61%) loans were identified with no alternative phone numbers, no contact made, and no payments received.

momnt

**Summary:**
By abruptly closing its locations and its failure to fulfill its obligations to consumers, Wasatch and affiliated companies disrupted business operations and put Momnt in jeopardy of a potential loss of >$8M. In addition to closing the sites, Wasatch was found to have performed potentially fraudulent applications by creating loans on consumers' behalf without notice to the consumers and using Wasatch employees' personal information in loan applications to streamline transactions and deposits into Wasatch's accounts.

**List of 46 Subsidiaries and Associated Companies (as of 8/9/2023):**

| *Merchant Name* | *Merchant Status* | *Merchant Name* | *Merchant Status* |
|---|---|---|---|
| Wasatch Medical Group (Parent) | Closed | Oak Valley Medical Clinic | Closed |
| Bay Side Medical Clinic | Closed | Oak View Medical Clinic | Closed |
| Boise Medical Clinic | Closed | Ocean View Medical Clinic | Closed |
| Bridge Side Medical Clinic | Closed | Park Lake Medical Clinic | Closed |
| Brook Side Medical Clinic | Closed | Park Ridge Medical Clinic | Closed |
| Camel Back Medical Clinic | Closed | Park Side Medical Clinic | Closed |
| City Side Medical Clinic | Closed | Peach Tree Medical Clinic | Closed |
| Coast Side Medical Clinic | Closed | Pine Brook Medical Clinic | Closed |
| Crest Side Medical Clinic | Closed | Pine Grove Medical Clinic | Closed |
| Edge Brook Medical Clinic | Closed | Pine Lake Medical Clinic | Closed |
| Green Valley Medical Clinic (Boston) | Closed | Pine Ridge Medical Clinic | Closed |
| Green Valley Medical Clinic (Providence) | Closed | Pine View Medical Clinic | Closed |
| Hidden Creek Medical Clinic | Closed | Ridge Side Medical Clinic | Closed |
| Hill Side Medical Clinic | Closed | River Ridge Medical Clinic | Closed |
| Maple Grove Medical Clinic | Closed | Silver Leaf Medical Clinic | Closed |
| Maple Ridge Medical Clinic | Closed | South Bay Medical Clinic | Closed |
| Maple Valley Medical Clinic | Closed | South Lake Medical Clinic | Closed |
| Monument Medical Clinic | Closed | South Valley Medical Clinic | Closed |
| North Brook Medical Clinic | Closed | Spring View Medical Clinic | Closed |
| North Ridge Medical Clinic | Closed | St George Medical Clinic | Closed |
| Oak Hills Medical Clinic | Closed | Valley Park Medical Clinic | Closed |
| Oak Park Medical Clinic | Closed | Valley Side Medical Clinic | Closed |
| Oak Ridge Medical Clinic | Closed | Valley View Medical Clinic | Closed |