**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**MOMNT TECHNOLOGIES, INC.,**

**Plaintiff,**

**v.**

**WASATCH MENS GROUP, LLC,**

**Defendant.**

**CIVIL ACTION FILE NO.**

**1:23-CV-02832-SCJ**

# ORDER

This matter appears before the Court on the Motion for Default Judgment filed by Plaintiff, Momnt Technologies, Inc. ("Momnt"). Doc. No. [7].

"The entry of a default judgment is committed to the discretion of the district court . . . ." Hamm v. DeKalb Cnty, 774 F.2d 1567, 1576 (11th Cir. 1985). Entering default against a defendant "severely limits the defendant's ability to defend the action. While 'a default is not treated as an absolute confession by the defendant of his liability and of the plaintiff's right to recover,' a defaulted defendant is deemed to 'admit[ ] the plaintiff's well-pleaded allegations of fact.'"

Tyco Fire & Sec., LLC v. Alcocer, 218 F. App'x 860, 863 (11th Cir. 2007) (citations omitted). The defendant is not, however, deemed to admit facts that are not well-pleaded or legal conclusions. Id. "Thus, before entering a default judgment for damages, the district court must ensure that the well-pleaded allegations in the complaint . . . actually state a substantive cause of action and that there is a substantive, sufficient basis in the pleadings for the particular relief sought." Id. (emphasis in original).

In the case *sub judice*, the Court finds that the well-pleaded allegations in the Complaint (Doc. No. [1]) state a substantive cause of action for breach of contract, conversion, attorneys' fees, and equitable relief, and that there is a substantive, sufficient basis in the pleadings for the particular relief sought in the form of default judgment.

Having found a sufficient basis to grant default judgment, the Court must next determine damages (or the amount of the judgment). The Court hereby grants Plaintiff's request for a damages hearing.

## CONCLUSION

The Motion for Default Judgment filed by Plaintiff, Momnt Technologies, Inc. (Doc. No. [7]) is **GRANTED**. The Court finds that Plaintiff is entitled to a default judgment on the matter of liability. However, the Clerk is **DIRECTED** to withhold entry of the judgment to permit a hearing on the amount of damages to go forward.

A damages hearing will occur on the **11TH** day of **DECEMBER**, **2023** at **2:00 P.M.** (**Courtroom 1907, Richard B. Russell Federal Building and United States Courthouse**, **75 Ted Turner Drive, S.W., Atlanta, Georgia**).

In the interest of caution, the Clerk is **DIRECTED** to mail a copy of this Order to Defendant's registered agent for service of process, at the following address:

Wasatch Mens Group, LLC
c/o Main Street Registered Agent, Inc.
1883 West Royal Hunte Dr. Ste. 200
Cedar City, UT 84720

**IT IS SO ORDERED** this 13th day of November, 2023.

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**