**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MOMNT TECHNOLOGIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | |
| **v.** | ) | **1:23-CV-02832-SCJ** |
| | ) | |
| **WASATCH MENS GROUP, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER AND FINAL JUDGMENT AGAINST DEFENDANT**

This Court entered default judgment against Defendant Wasatch Mens Group, LLC on November 13, 2023. Doc. No. [8]. On December 11, 2023, upon notice to all parties, this Court held a hearing concerning Plaintiff's damages. Doc. No. [9]. Based on a review of the record, the testimony and evidence submitted at the December 11, 2023 hearing, and for good cause,

**IT IS HEREBY ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff Momnt Technologies, Inc. and against Defendant Wasatch Mens Group, LLC, and damages awarded as follows:

(1) as to loan value and merchant fees, Plaintiff is awarded damages in the amount of $24,757,255.86;

(2) as to Plaintiff's internal costs and reputational harm, Plaintiff is awarded damages in the amount of $50,732.24; and

(3) as to Plaintiff's reasonable attorneys' fees, Plaintiff is awarded damages in the amount of $52,162.43.

Specific equitable relief is not awarded at this time.[1]

Nothing further remaining for this Court's consideration, the Clerk is **DIRECTED** to enter this Judgment and close this case.

**IT IS SO ORDERED**, this 16th day of January, 2024.

Steve C. Jones

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

[1] Via email correspondence from Plaintiff's counsel to Court's staff dated December 19, 2023 and January 16, 2024, Plaintiff's counsel withdrew Plaintiff's request for appointment of a receiver.