

|  |  |
|---|---|
|  | **Eric Larson**<br>404-495-3618<br>elarson@mmmlaw.com<br>www.mmmlaw.com |

January 19, 2024

**VIA ECF**

Kevin P. Weimer
Clerk of Court
United States District Court, Northern District of Georgia
Richard B. Russell Federal Building & United States Courthouse
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

RE:   Momnt Technologies, Inc. v. Wasatch Mens Group, LLC
       Case No. 1:23-CV-02832-SCJ

To the Clerk of Court:

    This firm represents Plaintiff Momnt Technologies, Inc. ("Plaintiff") in the above-referenced civil case.  Plaintiff respectfully requests the issuance of a Writ of Execution in the amount listed on the Order And Final Judgment Against Defendant entered January 16, 2024 (Doc. No. 10).  A proposed Writ is attached.

    Respectfully submitted,

    */s Eric A. Larson*
    Eric A. Larson

Attachment