Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

# WRIT OF EXECUTION

| 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 | DISTRICT Northern District of Georgia |

**TO THE MARSHAL OF:** THE NORTHERN DISTRICT OF GEORGIA

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
WASATCH MENS GROUP, LLC

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $24,860,150 and | 53 CENTS |

in the United States District Court for the NORTHERN District of GEORGIA, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

WASATCH MENS GROUP, LLC

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. DISTRICT COURTHOUSE | NORTHERN DISTRICT OF GEORGIA |
| **CITY** ATLANTA, GEORGIA | **DATE** |

Witness the Honorable STEVE C. JONES
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
|  | KEVIN P. WEIMER |
|  | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|