# EXHIBIT LIST

| MOMNT TECHNOLOGIES, INC. V. WASATCH MENS GROUP | | | | U. S. D. C.   NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
|---|---|---|---|---|
| Counsel for Plaintiff:<br>Eric Larson | | Counsel for Defendant:<br>Defendant not present | | Case No.: 1:23-CV-2832-SCJ |
| | | | | Hearing date: December 11, 2023 |
| Judge Steve C. Jones | | Court Reporter: Keisha Crump | | Courtroom Deputy: Pamela Wright |

| Pla Exh.# | Dft Exh # | Date Identified | Date Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|
| 1 | | | 12/11 | Momnt's Calculation of Damages Arising from Wasatch's Breach |
| 2 | | | 12/11 | Invoice for Professional Services Rendered Through June 30, 2023 |